IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TISHAWANA REYNOLDS, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 12-2954 |
| ARIA HEALTH, | : |
| Defendant. | : |

**O R D E R**

AND NOW, this 22nd day of July, 2013, upon consideration of Defendant, Aria Health's, Motion for Reconsideration of this Court's May 31, 2013 Memorandum and Order (Doc. No. 19.), it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE